UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLISOFT, LTD,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER AMERICA CORPORATION, et al.,<br><br>    Defendants. | Case No. 17-cv-06272-PJH<br><br>**ORDER RE OBJECTION TO REPLY EVIDENCE**<br><br>Re: Dkt. No. 29 |

The court is in receipt of defendants' objection to reply evidence. Defendants may file a sur-reply of no longer than five pages by Friday, December 29, 2017. The sur-reply may only address new evidence or argument plaintiff raised for the first time in its reply.

Other than defendants' sur-reply, the court does not intend to allow any further briefing on the present motion.

**IT IS SO ORDERED.**

Dated: December 22, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge