UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLISOFT, LTD,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER AMERICA CORPORATION, et al.,<br><br>    Defendants. | Case No. 17-cv-06272-PJH<br><br>**ORDER RE PENDING MOTIONS**<br><br>Re: Dkt. Nos. 95, 98, 115 |

There are currently three motions pending before the court. Defendants Acer America Corporation and Acer Inc. (together, "Acer") have filed a motion for attorneys' fees, Dkt. No. 95, and a motion to amend judgment, Dkt. No. 98. Those motions are now fully briefed and set for hearing on April 24, 2019. In addition, plaintiff Intellisoft, Ltd, and counter-defendant Bruce Bierman (together, "Intellisoft") have filed a motion objecting to Acer's Bill of Costs and/or requesting the court stay enforcement of those costs pending appeal. Dkt. No. 115. In response, Acer filed a reply in support of its Bill of Costs. Dkt. No. 121. Having reviewed the pending motions, carefully considered the arguments therein and the relevant legal authority, and good cause appearing, the court hereby rules as follows.

On December 6, 2018, the court granted summary judgment in favor of Acer on Intellisoft's misappropriation of trade secrets, breach of contract, accounting, and intentional misrepresentation claims. Dkt. No. 86. On February 4, 2019, pursuant to stipulation, the court entered final judgment against Intellisoft on its operative complaint and in favor of Acer on its counterclaim for declaratory relief. Dkt. No. 92. As

contemplated by the parties' stipulation, the next day, Intellisoft filed a notice of appeal to the Federal Circuit. Dkt. Nos. 93-94. That appeal remains pending.

The court finds that the issues presented in the pending motions depend on Acer's prevailing party status and, therefore, resolution of those motions should await the conclusion of Intellisoft's pending appeal. Accordingly,

1. the hearing set for April 24, 2019, is VACATED;
2. Intellisoft's request to stay enforcement of the Bill of Costs is GRANTED; and
3. Acer's motion for attorneys' fees and its motion to amend judgment, as well as Intellisoft's objections to the Bill of Costs are DENIED WITHOUT PREJUDICE.

No later than 60 days after the appeal of judgment is resolved, the parties may, if necessary, revise and refile the motions denied herein. If Intellisoft chooses not to renew its objections to the Bill of Costs, or otherwise fails to seek a continuance, the stay on enforcement will expire 60 days after Intellisoft's appeal is resolved.

**IT IS SO ORDERED.**

Dated: April 10, 2019

PHYLLIS J. HAMILTON
United States District Judge